UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JJDG, | ) | |
|     Plaintiff, | ) | |
| v. | ) | Civil No. 21-11253-LTS |
| LAWRENCE PUBLIC SCHOOLS, et al., | ) | |
|     Defendants. | ) | |

ORDER

December 13, 2021

SOROKIN, J.

On July 30, 2021, Alba Iris De Los Santos-Abreu ("Abreu") commenced this action on behalf of JJDG with the filing of a *pro se* complaint. Dkt. No. 1. The motion for leave to proceed *in forma pauperis* was allowed and the motion to appoint counsel was denied without prejudice. Dkt. No. 5. Plaintiff was advised that the complaint as pled is subject to dismissal, and if Abreu and/or JJDG wishes to proceed in this matter, an amended complaint must be filed by November 11, 2021. *Id.* On October 28, 2021, plaintiff moved for appointment of counsel and requested an extension of time to file an amended complaint. Dkt. No. 7. Plaintiff was granted until December 8, 2021 to file an amended complaint. Dkt. No. 9. The Court's Order stated that no further enlargement of time will be permitted and failure to comply will result in dismissal of this action. *Id.*

To date, plaintiff has not responded to the Court's Order and the time to do so has expired.

"A district court, as part of its inherent power to manage its own docket, may dismiss a case sua sponte for any of the reasons prescribed in Fed. R. Civ. P. 41(b)." *Cintron-Lorenzo v.*

*Departamento de Asuntos del Consumidor*, 312 F.3d 522, 525-26 (1st Cir. 2002). "Lack of diligent prosecution is such a reason." *Id.*

    Based upon the foregoing, it is hereby Ordered that this action is DISMISSED.  The clerk shall enter a separate order of dismissal.

                                            SO ORDERED.

                                             /s/ Leo T. Sorokin  
                                            Leo T. Sorokin  
                                            United States District Judge